Christopher P. Ridout, Esq. (SBN 143931)
RIDOUT LYON + OTTOSON, LLP
555 E. Ocean Blvd., Ste. 500
Long Beach, CA 90802
(562) 216-7381 - Telephone
(562) 216-7385 - Facsimile

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA RUBINSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>PAYLESS SHOESOURCE, INC., a Missouri corporation, and DOES 1-10,<br><br>Defendant(s). | CASE NUMBER<br><br>CV12-9904 PA(FMOx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. (Without Prejudice)

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

2/20/13
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

RE: <u>RUBINSTEIN v. PAYLESS SHOESOURCE, INC.</u>
(CV12-9904 PA (FMOx))

      I certify that on February 20, 2013, I caused to be served a true and correct copy of the document:

- **NOTICE OF DISMISSAL**

upon all parties by ECF Notification of Filing to the following address(es):

| |
|---|
| MICHELLE C. DOOLIN, ESQ.<br>doolinmc@cooley.com<br>DARCIE A. TILLY, ESQ.<br>dtilly@cooley.com<br>**COOLEY LLP**<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>(858) 550-6000 Telephone<br>(858) 550-6420 Facsimile<br><br>*Attorneys for Defendant,*<br>**PAYLESS SHOESOURCE, INC.** |

/s/ Christopher P. Ridout
CHRISTOPHER P. RIDOUT, ESQ.

*Attorneys for Plaintiffs,*
**SANDRA RUBINSTEIN**